# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FLETCHER HOWE,

    Plaintiff(s),

vs.

FIRSTKEY HOMES, LLC; DOES I THROUGH X INCLUSIVE; and, ROE CORPORATIONS 1 through X, inclusive,

    Defendant(s).

Case #2:22-cv-01166-JCM-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    John T.L. Koenig, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of BARNES & THORNBURG (firm name)

with offices at 3340 Peachtree Rd. NE, Suite 2900 (street address),

Atlanta (city), Georgia (state), 30326-1092 (zip code),

(404) 264-4018 (area code + telephone number), John.Koenig@btlaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by FirstKey Homes, LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 9/16/2010 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Georgia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Indiana | 11/9/1998 | 20966-49 |
| U.S. District Court, S.D. and N.D. Indiana | 11/9/1998 | 20966-49 |
| Seventh Circuit Court of Appeals | 9/10/2010 | N/A |
| Sixth Circuit Court of Appeals | 1/18/2011 | N/A |
| Eleventh Circuit Court of Appeals | 4/5/2011 | N/A |
| Fifth Circuit Court of Appeals | 7/12/2012 | N/A |
| U.S. District Court, N.D. and S.D. Georgia | 8/29/2012 | 268782 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE.

7. That Petitioner is a member of good standing in the following Bar Associations.

Georgia State Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Georgia_____ )
                            )
COUNTY OF _____Fulton_____ )

_____John T.L. Koenig_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__30th__ day of __January__, __2023__.

_____
Notary Public or Clerk of Court

LISA J. MITCHUM
Notary Public, Georgia
Coweta County
My Commission Expires
June 03, 2023

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Louis M. Bubala III__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Kaempfer Crowell, 1980 Festival Plaza Drive, Suite 650____,
(street address)

__Las Vegas__, __Nevada__, __89135__,
(city)           (state)       (zip code)

__(702) 792-7000__, __lbubala@cnvlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Louis M. Bubala III_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

FirstKey Homes, LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Louis M. Bubala III
Designated Resident Nevada Counsel's signature

8974                     lbubala@kcnvlaw.com
Bar number               Email address

APPROVED:

Dated: February 7, 2023

_____
UNITED STATES DISTRICT JUDGE

5

# EXHIBIT "1"

(State Bar of Georgia Certificate of Good Standing)

# EXHIBIT "1"



Lawyers Serving the Public and the Justice System

**Mr. John Thomas Leonard Koenig**
**Barnes & Thornburg LLP**
**Prominence in Buckhead**
**3475 Piedmont Road NE Suite 1700**
**Atlanta, GA  30305-2954**
**UNITED STATES**

**CURRENT STATUS:**         Active Member-Good Standing
**DATE OF ADMISSION:**      09/16/2010
**BAR NUMBER:**             268782
**TODAY'S DATE:**           01/17/2023

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

# EXHIBIT "2"

(Indiana Supreme Court Certificate of Good Standing)

# EXHIBIT "2"

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

JOHN THOMAS LEONARD KOENIG

is a member of the bar of the Supreme Court of Indiana since admission on November 9, 1998, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 12th day of January, 2023.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court