KRISTINA S. HOLMAN, SBN No. 3742
Holman Law Office
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 990-8681
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff, Fletcher Howe*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLETCHER HOWE,<br><br>Plaintiff,<br><br>vs.<br><br>FIRSTKEY HOMES, LLC; DOES I THROUGH X, INCLUSIVE; and, ROE CORPORATIONS 1 through X, inclusive.<br><br>Defendants. | Case No. 2:22-cv-01166-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT FIRSTKEY HOMES, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Fletcher Howe and Defendant FirstKey Homes, LLC, by and through their respective undersigned counsel, hereby stipulate to extend the time for Plaintiff to file his opposition to Defendant FirstKey Homes, LLC's Motion to Dismiss Plaintiff's Complaint. This is the parties' second request.

/ / /

-1-

The parties request a two (2) week extension of time, up to and including **Tuesday, February 21, 2023**, for the limited purpose of Plaintiff filing his opposition. Plaintiff's counsel has been delayed in preparing an opposition FirstKey's motion to dismiss due to professional obligations including writing a brief in the Ninth Circuit and participating in a mediation. No party will be prejudiced by the extension and the stipulation will not create an unnecessary delay in resolving this case.

IT IS HEREBY STIPULATED THAT Plaintiff has up to and including Tuesday, February 21, 2023 to file Plaintiff's Opposition to Defendant FirstKey Homes, LLC's Motion to Dismiss Plaintiff's Complaint.

DATED this 7th day of February, 2023.   DATED this 7th day of February, 2023.

/s/ Kristina S. Holman                         /s/ Ryan Daniels

Kristina S. Holman                               Ryan Daniels
8275 S. Eastern Ave., # 215                 Kaempfer Crowell
Las Vegas, NV 89123                          1980 Festival Plaza Drive, Suite 650
*Attorney for Plaintiff*                         Las Vegas, NV 89135
                                                         *Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

Dated: February 8, 2023

-2-