KRISTINA S. HOLMAN, SBN No. 3742
Holman Law Office
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 990-8681
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff, Fletcher Howe*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLETCHER HOWE,<br><br>           Plaintiff,<br><br>vs.<br><br>FIRSTKEY HOMES, LLC; DOES I THROUGH X, INCLUSIVE; and, ROE CORPORATIONS 1 through X, inclusive.<br><br>           Defendants. | Case No. 2:22-cv-01166-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT FIRSTKEY HOMES, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (FOURTH REQUEST)** |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Fletcher Howe and Defendant FirstKey Homes, LLC, by and through their respective undersigned counsel, hereby stipulate to extend the time for Plaintiff to file his opposition to Defendant FirstKey Homes, LLC's Motion to Dismiss Plaintiff's Complaint based on a medical procedure scheduled for Plaintiff's counsel. This is the parties' fourth request. Plaintiff's counsel, Ms. Holman, has had recent medical appointments. Recently, a surgical procedure has been scheduled for this Friday, March 3, 2023. Plaintiff's counsel apologizes for this delay and has spoken with opposing counsel who has agreed to this extension to and including Friday, March 17, 2023 (3 weeks from the last extension date of 2/24/2023). Opposing counsel had to obtain approval of this stipulation and Plaintiff's counsel received that approval just yesterday, March 1, 2023.

Time has been taken outside of the office attending to other matters to expedite the medical procedure.  Ms. Holman has based the prior extensions of time on her perceived ability to prepare and finalize the opposition in light of pressing medical procedures and decisions.  She has erred in these calculations simply based on the uncertainty of other appointments and decisions being made.  Most recently time has been spent on her own coordination of appointments and two successive appointments last Thursday and Friday, February 23 and 24, 2023, and this week on February 27, 2023. .

In other words, Ms. Holman did not realistically project the number of days required for the extension in light of intervening appointments, and then surgery scheduling.  In hindsight, more than a few days should have been requested for the 3rd extension.  Ms. Holman is forthcoming and candid with this Court and now is seeking an extension of 3 weeks in light of the intervening medical procedure.  Opposing counsel has been understanding and has agreed to this extension, but this approval was not received until yesterday, March 1, 2023.

IT IS HEREBY STIPULATIED that Plaintiff has up to and including Friday, March 17, 2023 to file Plaintiff's Opposition to Defendant FirstKey Homes, LLC's Motion to Dismiss Plaintiff's Complaint.

DATED this 2nd day of March, 2023.            DATED this 2nd day of March, 2023.

 /s/ Kristina S. Holman            __/s/ Ryan Daniels_____

Kristina S. Holman                 Ryan Daniels
8275 S. Eastern Ave., # 215        Kaempfer Crowell
Las Vegas, NV 89123                1980 Festival Plaza Drive, Suite 650
*Attorney for Plaintiff*           Las Vegas, NV 89135
                                   *Attorney for Defendant*

### ORDER

**IT IS SO ORDERED** March 3, 2023.

_____
U.S. District Judge