KRISTINA S. HOLMAN, SBN No. 3742
Holman Law Office
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 990-8681
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff, Fletcher Howe*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLETCHER HOWE,<br><br>             Plaintiff,<br><br>vs.<br><br>FIRSTKEY HOMES, LLC; DOES I THROUGH X, INCLUSIVE; and, ROE CORPORATIONS 1 through X, inclusive.<br><br>             Defendants. | Case No. 2:22-cv-01166-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT FIRSTKEY HOMES, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (THIRD REQUEST)** |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Fletcher Howe and Defendant FirstKey Homes, LLC, by and through their respective undersigned counsel, hereby stipulate to extend the time for Plaintiff to file his opposition to Defendant FirstKey Homes, LLC's Motion to Dismiss Plaintiff's Complaint. This is the parties' third request.

The parties request a short three (3) day extension of time, up to and including **Friday, February 24, 2023**, for the limited purpose of Plaintiff filing his opposition. Plaintiff's counsel has had to take time for medical tests and visits relating to an upcoming surgery which have taken more time than anticipated.

IT IS HEREBY STIPULATIED THAT Plaintiff has up to and including Friday, February

/ / /

/ / /

-1-

24, 2023 to file Plaintiff's Opposition to Defendant FirstKey Homes, LLC's Motion to Dismiss Plaintiff's Complaint.

DATED this 21st day of February, 2023.   DATED this 21st day of February, 2023.

 /s/ Kristina S. Holman                     /s/ Ryan Daniels

Kristina S. Holman                          Ryan Daniels

8275 S. Eastern Ave., # 215                 Kaempfer Crowell

Las Vegas, NV 89123                         1980 Festival Plaza Drive, Suite 650

*Attorney for Plaintiff*                    Las Vegas, NV 89135

                                            *Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED: March 13, 2023

_____
U.S. DISTRICT JUDGE

-2-