UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FLETCHER HOWE, | Case No. 2:22-CV-1166 JCM (DJA( |
| Plaintiff(s), | ORDER |
| v. | |
| FIRSTKEY HOMES, LLC, | |
| Defendant(s). | |

Presently before the court is defendant FirstKey Homes, LLC ("defendant")'s motion to dismiss. (ECF No. 9). Plaintiff Fletcher Howe ("plaintiff") has not responded, and the time to do so has passed.

Pursuant to Local Rule 7-2(d), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. LR 7-2(d). The parties stipulated to three extensions of time for plaintiff to respond to defendant's motion, with the latest deadline set for March 17, 2023. (ECF Nos. 12, 18, 25). Plaintiff has failed to file any response and thus consents to defendant's motion to dismiss being granted. *See* LR 7-2(d).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (ECF No. 9) be, and the same hereby is, GRANTED.

. . .

**James C. Mahan**
**U.S. District Judge**

1   The clerk of the court is hereby instructed to close this case.

2   DATED May 30, 2023.

_____
UNITED STATES DISTRICT JUDGE